UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEE CREEK PHOTOGRAPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-2917-G |
| PROACT WORLD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT

The plaintiff's motion for default judgment against the defendant Proact World, LLC ("defendant") (docket entry 14) is **GRANTED**. After having considered the arguments and authorities submitted by the plaintiff, the court finds as follows:

1.    The plaintiff's complaint and an original summons were served on the defendant on February 24, 2020. An affidavit of service was filed with the court on March 18, 2020. *See* docket entry 11.

2.    On March 24, 2020, the Clerk of the Court for the United States District Court, Northern District of Texas, Dallas Division, entered a default against the defendant for failure to plead or otherwise defend this action. *See* docket entry 13.

3. The defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4. On March 26, 2020, the plaintiff filed its motion for default judgment seeking $30,000.00 in statutory damages for copyright infringement, $1,912.50 in attorneys' fees, and $440.00 in costs plus interest. *See* docket entry 14.

5. The defendant has not filed any opposition to the plaintiff's motion for default judgment.

Therefore, it is **ADJUDGED** and **ORDERED** that the court declares that the defendant violated the plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of the plaintiff's registered work; it is

**FURTHER ORDERED** that the defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that the defendant shall pay $1912.50 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED** that the defendant shall pay post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate of 0.23% per annum from the date of entry of this judgment until paid; it is

**FURTHER ORDERED** that this court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the court.

This is a final appealable order.  *See* FED. R. APP. P. 4(a).

**SO ORDERED.**

March 27, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**